# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Gustavo Diaz-Melquiades
        Petitioner,

V.

United States of America
        Respondent.

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:** 11CV1588-IEG

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Court Denies Petitioner's motion to vacate, set aside, or correct his sentence. The Court also denies a certificate of appealability because Petitioner has not "made a substantial showing of the denial of a constitutional right." *See* 28 U.S.C. § 2253(c)(2).

| December 29, 2011 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ E Silvas |
| | (By) Deputy Clerk |
| | ENTERED ON December 29, 2011 |